IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE L. SMITH,
    Plaintiff,

vs.                               Case No.:  3:14cv173/LAC/EMT

WARDEN COMERFORD, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 12, 2015 (doc. 29).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's "Motion to Inform this Honorable Court about Plaintiff's Safety Concerns for Himself, and the Fact that He's Still in Immediate Danger!" (doc. 28) is **DENIED**.

**DONE AND ORDERED** on this 15th day of April, 2015.

                                                            s/ *L.A. Collier*
                                                      Lacey A. Collier
                                            Senior United States District Judge