IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TYRONE L. SMITH,
    Plaintiff,

vs.                                Case No. 3:14cv173/LAC/EMT

OFFICER PRATT, OFFICER BURKE,
and LIEUTENANT BIRD,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 6, 2015 (doc. 54). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of the objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendants' motion to dismiss (ECF No. 46) is **GRANTED**;

    3.    This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to properly exhaust administrative remedies as required under 42 U.S.C. § 1997e(a); and

    4.    The clerk is directed to enter judgment accordingly and close the file.

    **DONE AND ORDERED** this 27th day of October, 2015.

                                  s/_L.A. Collier_
                                  **LACEY A. COLLIER**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**